# EXHIBIT B

## APPLICATION FOR TITLE/AFFIDAVIT OF TOTAL CONSIDERATION

### BRAND DISCLOSURE

Check appropriate Block if:  ☐ Rebuilt Vehicle   ☐ Water Damaged   ☐ Hail Damaged
When Block is checked and title does not include brand, provide jurisdiction _____ and title number _____ where previous brand was issued.

IN COMPLIANCE WITH KRS 190.990(5), GIVING A FALSE STATEMENT AS TO THE TOTAL CONSIDERATION PAID IS A CLASS D FELONY WITH A MINIMUM FINE OF $2000.00.

| Sale Price $ | Trade in $ | Net Cost $ | Tax $ |

IF SALE PRICE IS LEFT INCOMPLETE, BUYER MAY BE BILLED FOR ADDITIONAL TAX, PLUS APPLICABLE PENALTY AND INTEREST (KRS 138.460).

USAGE TAX

TRADE IN { Make | Year | Vin No. | Title No.
          { Make | Year | Vin No. | Title No.

Date of Sale

Seller and buyer further certify subject to penalties of forgery in the second degree, that each has supplied true and correct information in this document to the best of his knowledge and belief, to include the above affidavit.

### TRANSFER OF TITLE BY OWNER

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****
☐ 1. The mileage stated is in **excess of its mechanical limits**.
☐ 2. The odometer reading is **not the actual mileage. WARNING — ODOMETER DISCREPANCY**

Odometer Reading (no tenths)

JOINT OWNERSHIP: ☐ (AND) REQUIRES ALL SIGNATURES  ☐ (OR) REQUIRES ONE SIGNATURE
The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following transferee/buyer.

Transferor/Seller Printed Name | Seller/Dealer No. | Transferee/Owner/Buyer Printed Name | Fed ID/SSN/DLN | DOB

Transferor/Seller Printed Name | | Transferee/Owner/Buyer Printed Name | Fed ID/SSN/DLN | DOB

Street Address | Phone No. | Mailing Address | Phone No.

City | County | State | Zip | City | County | State | Zip

Lessee Name or Other | | Residential Address | Email Address

Street Address | Phone No. | City | County | State | Zip

City | County | State | Zip

I (☐ have) (☐ have not) applied for a loan in connection with the vehicle described herein and if not, I (☐ will) (☐ will not) apply for a loan within 30 days of this application.

First Lienholder

Address

Date of Transfer _____

County where Lien will be filed _____

Transferor(s)/Seller(s) Signature | Transferee(s)/Owner/Buyer(s) Signature

Transferor(s)/Seller(s) Signature | Transferee(s)/Owner/Buyer(s) Signature

Subscribed and attested before me this date __/__/__. My Commission expires __/__/__.
Commission No. _____
Attesting Official/Notary Signature _____

Subscribed and attested before me this date __/__/__. My Commission expires __/__/__.
Commission No. _____
Attesting Official/Notary Signature _____

### COUNTY CLERK USE ONLY

| CLERK'S ID | CLERK'S FEE | REG EXPIRES | STATE FEE |
| TYPE APPLICATION | DATE OF ISSUANCE | TITLE NO. | PLATE NO./DECAL |

I certify subject to the penalty provisions of KRS 186A.990 that I have reviewed this application and the documents supporting it and that the same are present and consistent with this application; that I received the application on the date and time indicated hereon and that fees were collected as indicated. I further certify that the required information has been entered into the Kentucky Automated Vechicle Information System (AVIS/KAVIS).

SIGNATURE & TITLE OF ISSUER | COUNTY | DATE | TIME

I certify that the lien indicated to be filed has been noted in the automated system and that a title will be withheld for 30 days, or until financing statement and fees required are received, whichever occurs first.

Signature _____ Date _____

DO NOT ACCEPT TITLE OR APPLICATION SHOWING ANY ERASURES, ALTERATION, OR MUTILATIONS. MUST BE COMPLETED IN BLUE OR BLACK INK. 49 USC SEC 32706 AND KRS 190.300 REQUIRES THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN PENALTIES.

KA3300SV

## COMMONWEALTH OF KENTUCKY
### CERTIFICATE OF TITLE

0BY82MKA33005   JL6636

| TITLE NO. | YEAR | MAKE | MODEL NAME | VIN/HIN | | TITLE TYPE | MODEL NO. |
|---|---|---|---|---|---|---|---|
| 211870080030 21 | | FORD | TRANSIT | | 3005 | ORIGINAL | |
| BODY TYPE | COLOR | NO. CYL | ODOMETER | MOTOR NO. | WEIGHT | PREV. TITLE NO/STATE | |
| VN | WHI | 06 | 5 | | (184) | | |

BRAND(S)

REMARKS:

DATE OF ISSUE 07/22/21   FUEL

USAGE TAX PAID 0.00

OWNER(S) NAME

M124-8 P V HOLDING CORP
PO BOX 75104
CINCINNATI OH 45275-0104

Date: 07/30/2021   Batch: 326629

3005

| FIRST LIENHOLDER | FIRST LIEN | | SECOND LIEN | | SECOND LIENHOLDER |
|---|---|---|---|---|---|
| BNY MELL TR CO NA | Notation No 2229275 | County BOON | Notation No | County | |
| 300 CENTRE POINTE D | Filing Date 07-06-21 | | Filing Date | | |
| VIRGINIA BEACH | Released By JC/MAM 12/22/25 | | Released By | | |
| VA 23462 | County Clerk's use Only Date | | County Clerk's use Only Date | | |

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above described vehicle and to the best of our knowledge and belief the applicant whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.

Commissioner, Department of Vehicle Regulation, Kentucky Transportation Cabinet

CONTROL NO. C31175953

*** TRANSFER OF TITLE BY OWNER: 49 USC SEC. 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING A FALSE STATEMENT, MAY RESULT IN PENALTIES. ***

### FIRST DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer):

Jacobs Mitsubishi Wesley Chapel   5305 Eagleston Blvd, Wesley Chapel, FL 33544

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

68530 (no tenths)
Odometer Reading

☐ 1. The mileage stated is in **excess of its mechanical limits**.
☐ 2. The odometer reading is **not the actual mileage. WARNING — ODOMETER DISCREPANCY**

Transferor/Seller Signature _Ravonda Turp - Agent_   Transferee/Buyer Signature _M_

Transferor/Seller Printed Name RAVONDA TURPIN - AGENT PV Holding Corp   Transferee/Buyer Printed Name _Jordyn Hamblet_

Date of Transfer 1/08/24   Seller/Dealer No. VI/1008691/1   Buyer/Dealer No. VF1145621

Subscribed and attested before me on this date 01 08 2024   My Commission expires 3 2 25   _Dawn Windsor, Notary_
                                         MM DD YY                                         MM DD YY   Signature/Title

Commission No. _____

NOTARY PUBLIC — ROCKINGHAM COUNTY

### SECOND DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

(no tenths)
Odometer Reading

☐ 1. The mileage stated is in **excess of its mechanical limits**.
☐ 2. The odometer reading is **not the actual mileage. WARNING — ODOMETER DISCREPANCY**

Transferor/Seller Signature _____   Transferee/Buyer Signature _____

Transferor/Seller Printed Name _____   Transferee/Buyer Printed Name _____

Date of Transfer _____   Seller/Dealer No. _____   Buyer/Dealer No. _____

Subscribed and attested before me on this date ___ ___ ___   My Commission expires ___ ___ ___   Signature/Title
                                              MM DD YY                                               MM DD YY

Commission No. _____

TC 96-180 REV. 09/01/2020

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**