# EXHIBIT C

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR**
**VEHICLES DIVISION OF MOTORIST SERVICES**
Neil Kirkman Building - Tallahassee, FL 32399-0500
**MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT**
(Instructions on Reverse Side)

This reassignment is supplement to: ☐ Title No.: 153711238   State of Issue: KY
☐ Manufacturer's Statement or Certificate of Origin
Is the title electronic? ☐ Yes   ☐ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 3005 | 2021 | FORD | | VN |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| Jacobs Mitsubishi Wesley Chapel | 1145102 | VF 1145102 | 1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 5305 Eagleston Boulevard | Wesley Chapel | FL | 33544 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| 39970.00 | 2778.64 | 824482047 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| MAXIMO MICHAEL GUEVARA | 2/6/2024 |

Purchaser's Address | City | State | Zip

Co-Purchaser's Address (If applicable) | City | State | Zip

Auction Name (If applicable) | Auction License Number | State of License | Date of Auction

Street Address | City | State | Zip

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS, 6 8 5 4 4 XX (NO TENTHS) MILES, DATE READ 02 / 06 / 24, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

**CAUTION:**
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☐ 1) REFLECTS ACTUAL MILEAGE
☐ 2) IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3) IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Jacobs Mitsubishi Wesley Chapel | |
| Printed name of Co-Seller (If applicable) | Co-Seller Signature (If applicable) |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name   First, Full Middle or Maiden, Last |
| MAXIMO MICHAEL GUEVARA | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.
ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE
HSMV 82994 (REV. 04/14) S   COPY: SELLER/DEALER RETAIN IN FILE

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE

### Section 7: DEALER SALES TAX REPORT AND MOTOR VEHICLE TRADE IN INFORMATION (If applicable)

| Florida Sales Tax Registration Number | Dealer License Number | Date of Sale | Amount of Tax | Dealer/Agent Signature |
|---|---|---|---|---|
| 824482047 | VF 1145102 1 | 2/6/2024 | 2778.64 | |

| Year of Trade In | Make of Trade In | Title Number of Trade In (If known) | Vehicle Identification Number (VIN) of Trade In |
|---|---|---|---|
| | | | |

### Section 8: MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

This section requires a physical inspection and a verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured prior to 1955) of the motor vehicle described on this form by a licensed Florida dealer, Florida notary public, law enforcement officer, or authorized FLHSMV, tax collector (TC) or license plate agency (LPA) employee. **Complete this section on all used motor vehicles, including trailer (with abbreviation of "TL" and a weight of 2,000lbs or more), not currently titled in Florida.**

I, the undersigned, certify that I have physically inspected the above-described vehicle:

| Vehicle Identification Number (VIN) | Name Certifying Inspector | Certifying Inspector Signature | Date |
|---|---|---|---|
| 3005 | Jordyn Hamblet | | 2/6/24 |

☐ Florida Notary Public (Stamp or Seal)

Select which option best represents the certifying inspector:

☐ Law Enforcement  Agency Name: _____  Badge Number: _____
☒ Florida Dealer  Dealer Name: Jacobs Mitsubishi Wesley Chapel  Dealer Number: _____
☐ FLHSMV  Office Name: _____  User ID/Badge: _____
☐ Tax Collector or License Plate Agency  Agency Name: _____  County/Agency: _____  Signature: _____

### Section 9: SALES TAX EXEMPTION CERTIFICATION (If applicable)

The purchase of a recreational vehicle to be offered for rent as living accommodations does not qualify for exemption. I certify the motor vehicle described has been purchased and is exempt from the sales tax imposed by Chapter 212, Florida Statutes, by:

☐ Purchaser (state agencies, counties, etc.) holds valid exemption certificate    ☐ Vehicle will be used exclusively for rental.

Consumer's Certificate of Exemption Number: _____    Sales Tax Registration Number: _____

I hereby certify that ownership of the motor vehicle described on this application, is not subject to Florida Sales and Use Tax for the following reason:

☐ Inheritance  ☐ Gift  ☐ Divorce Decree  ☐ Transfer between a married couple  ☐ Other: _____

☐ Even trade or trade down _____
(State the facts of the even trade or trade down and the transferor information, including the transferor's name and address.)

### Section 10: REPOSSESSION DECLARATION

☐ I certify that this motor vehicle was repossessed upon default in the terms of the lien instrument and is now in my possession.

### Section 11: NON-USE AND OTHER CERTIFICATIONS

If checked, the following certifications are made by the applicant:
☐ I certify that the certificate of title is lost or destroyed.
☐ The vehicle identified will not be operated on the streets and highways of this state until properly registered.
☐ Other: (explain) _____

### Section 12: APPLICATION ATTESTMENT AND SIGNATURES

I/We physically inspected the VIN. (More than one form HSMV 82040 may be used for additional signatures.)
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

| Full Name of Applicant, Owner | Signature of Applicant, Owner | Date |
|---|---|---|
| MAXIMO MICHAEL GUEVARA | | 2/6/2024 |

| Full Name of Applicant, Co-Owner | Signature of Applicant, Co-Owner | Date |
|---|---|---|
| | | 2/6/2024 |

### Section 13: RELEASE OF SPOUSE OR HEIRS INTEREST (If applicable)

The undersigned person(s) state(s) that _____ died on _____
(Name of deceased)    (Date)

☐ Testate (with a will)  ☐ Intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.
(More than one form HSMV 82040 may be used for additional signatures.)

| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
|---|---|---|
| | | |
| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
| | | |

That at the time of death the decedent was owner of the motor vehicle described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle to:

| Full Name of Applicant | Signature of Applicant | Date |
|---|---|---|
| | | |
| Full Name of Applicant | Signature of Applicant | Date |
| | | |



FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE

Please submit this form to your local tax collector office or license plate agency.

www.flhsmv.gov/locations

Note: All fields are required unless otherwise stated or not applicable.

**Application Type:** ☐ Original  ☐ Transfer
**Request to print Certificate of Title:** ☐ No  ☐ Yes: In office  ☐ Yes: Mailed
**Off-Highway Vehicle Type:** ☐ All-Terrain Vehicle (ATV)  ☐ Recreational Off-Highway Vehicle (ROV)  ☐ Off-Highway Motorcycle (OHM)

### Section 1: OWNER/APPLICANT INFORMATION

| Customer Number | Fleet Number | Unit Number | Owner's County of Residence |
|---|---|---|---|
| 223042866 | | | HILLSBOROUGH |

**Owner Details:** Are you a Florida Resident? ■YES ☐NO | Are you a US Citizen? ■YES ☐NO | Are you deaf or hard of hearing? (Voluntary) ☐YES ☐NO

When joint ownership, please indicate if "or" or "and" is to be shown on title when issued.
☐ OR  ☐ AND  (If neither box is checked, the title will be issued with "and.")
Select, if applicable: ☐ Tenancy by the Entirety ☐ Life Estate/Remainder Person ☐ With Rights of Survivorship

| Owner's Name as It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Phone Number (Voluntary) | Owner's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|
| MAXIMO MICHAEL GUEVARA | | | | |

| FL DL/ID or FEID/Suffix Number | Owner's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Mail To Customer Name (If different from above owner) | Mail To's Phone Number (Voluntary) | Mail To's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|

| FL DL/ID or FEID/Suffix Number | Mail To's Address (If different from above mailing address) | City | State | Zip Code |
|---|---|---|---|---|

**Co-Owner Details:** Are you a Florida Resident? ☐YES ☐NO | Are you a US Citizen? ☐YES ☐NO | Are you deaf or hard of hearing? (Voluntary) ☐YES ☐NO

| ☐ Co-Owner or ☐ Lessee's Name as It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's Phone Number (Voluntary) | Co-Owner's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|

| FL DL/ID or FEID/Suffix Number | Co-Owner's/Lessee's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|

| Co-Owner's/Lessee's Residential Street Address | | City | State | Zip Code |
|---|---|---|---|---|

### Section 2: MOTOR VEHICLE DESCRIPTION

| Vehicle Identification Number (VIN) | Florida Title Number | License Plate Number | Previous State of Issue |
|---|---|---|---|
| 3005 | 153711238 | | KY |

| Make/Manufacturer | Model | Year | Body | Color | Length | Weight | GVW | BHP/CC |
|---|---|---|---|---|---|---|---|---|
| FORD | | 2021 | VN | WHI | Ft.___In___ | 9250 | 10300 | |

**Van Use (If applicable):** ☐Passenger ☐Other
**Fuel Type:** ☐Natural Gas (Liquid) ☐Natural Gas (Compressed) ☐Hybrid (Gas/Electric) ☐Hybrid (Diesel/Electric) ☐Electric

### Section 3: BRANDS, USAGE AND TYPE (Check applicable types)

☐Assembled from Parts ☐Autonomous ☐Bonded Title ☐Custom ☐Electric ☐Flood ☐Glider Kit ☐ILEV ☐Kit Car
☐Long Term Lease ☐Manuf. Buy Back ☐Police Veh. ■Private Use ☐Rebuilt ☐Replica ☐Short Term Lease ☐Street Rod ☐Taxicab

### Section 4: LIENHOLDER INFORMATION (If applicable)

| ELT Customer ■YES ☐NO | ☐ FEID/Suffix # ■DMV Account # ☐DL/ID #, Sex and DOB 200019733 | Lienholder's Phone Number (Voluntary) | Lienholder's Email (Voluntary) | | |
|---|---|---|---|---|---|
| Date of Lien 2/6/2024 | Lienholder's Mailing Address PO BOX 47989 | City TAMPA | | State FL | Zip Code 33646 |

**Lienholder's Name** (If box is not checked, title will be mailed to the first lienholder.)
USF FEDERAL CREDIT UNION

☐ Check this box if you, lienholder representative, authorize the Department to send the motor vehicle title to the owner and sign here: _____

### Section 5: TRANSFER TYPE (If applicable)

If ownership has transferred, how and when was the motor vehicle acquired?
☑Sale (Price: $ 39970.00 _____ ) ☐Gift ☐Repossession ☐Court Order ☐Inheritance ☐Other (Specify): _____
Date Acquired: 2 / 6 / 2024

### Section 6: ODOMETER DECLARATION

**WARNING:** Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/we state that this ☐5 or ■6-digit odometer now reads __6_8_,_5_4_4_ .xx miles. (No tenths)  Date Read: 2 / 6 / 2024

I/we hereby certify that to the best of my/our knowledge the odometer reading:
■ 1. REFLECTS ACTUAL MILEAGE.  ☐ 2. IS NOT THE ACTUAL MILEAGE.  ☐ 3. IS IN EXCESS OF ITS MECHANICAL LIMITS.

HSMV 82040 MV – Rev. 07/23                    www.flhsmv.gov                    RULE 15C-21.001, FAC

PV HOLDING CORP
300 CENTRE POINT DRIVE
VIRGINIA BEACH VA 23462

October 11, 2023

To whom it may concern,

Please allow this memo to serve as verification and confirmation that PV Holding Corp and Avis Budget Group Companies are one and the same.

_____, Agent

Sworn and Subscribed by me this 13th day of October, 2023.

_____ (Notary Public)

APRIL LOMBARDI
Guilford County
My Commission Expires
February 6, 2026
NORTH CAROLINA