# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8:25-CV-1200

Plaintiff: **Maximo Michael Guevara, an Individual**
vs.
Defendant: **Jacobs Automotive Group, Inc., d/b/a Jacobs Mitsubishi Wesley Chapel, a Florida Corporation, and Usf Federal Credit Union, a Federal Credit Union**



For:
Joshua Feygin
Joshua Feygin, PLLC
1930 Harrison St
Ste #208F
Hollywood, FL 33020

Received by Brian Jarrett on the 13th day of May, 2025 at 4:55 pm to be served on **USF Federal Credit Union c/o Hanna, Garvin, 13101 Telecom Drive, Suite 100, Temple Terrace, FL 33637**.

I, Brian Jarrett, being duly sworn, depose and say that on the **14th day of May, 2025** at **11:30 am, I:**

served **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF and EXHIBITS A-C** with the date and hour of service endorsed thereon by me, to: **Sala Harris** as **Performance Excellence Specialist** at the address of: **13101 Telecom Drive, Suite 100, Temple Terrace, FL 33637**, who stated they are authorized to accept service for **USF Federal Credit Union**, and informed said person of the contents therein, in compliance with state statutes. (Business entity statutes 48.031(2)(b) (,DBA/Sole Proprietorship) 48.061 (Partnership/Limited Partnership), 48.062(LLC), 48.081 (Corporation), 48.091 (Corporation Registered Agent), 48.092 (Financial Institute), 48.101 (Dissolved Corporations), 48.111 (Public Agency/Officer), 48.121 (Service on the state), 48.141 (Labor Union) or 48.151 (Statutory Agent).

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 145, Hair: Black, Glasses: Y

If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

The foregoing instrument was acknowledged before me by means of ____physical presence or ____online notarization on _____ by: _____ who is _____personally known to me, or produced _____ as identification

_____
NOTARY PUBLIC

_____
**Brian Jarrett**
CPS 07-787484 / PPS9157

**TRGT Legal**
**PO Box 1066**
**Pinellas Park, FL 33781**
**(813) 492-2500**

Our Job Serial Number: RCG-2025006910

AO 440 (Rev. 06/12) Summons in a Civil Action

| DELIVERED | 05/14/2025 11:30 AM |
| SERVER | BJ |
| LICENSE | CPS 07-787484 / PPS9157 |

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| MAXIMO MICHAEL GUEVARA<br>An Individual,<br><br>*Plaintiff(s)*<br>v.<br>JACOBS AUTOMOTIVE GROUP, INC.,<br>and USF FEDERAL CREDIT UNION,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 8:25-CV-1200 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* USF FEDERAL CREDIT UNION
C/o: HANNA, GARVIN
13101 TELECOM DRIVE
SUITE 100
TEMPLE TERRACE, FL 33637

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SUE YOUR DEALER - A LAW FIRM
1930 HARRISON STREET
SUITE 208 F
HOLLYWOOD, FL 33020
P: 954.228.5674
F: 954.697.0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 12, 2025          *LindsayRichards*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-CV-1200

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                             _____
                                                         *Server's signature*

                                                 _____
                                                         *Printed name and title*

                                                 _____
                                                         *Server's address*

Additional information regarding attempted service, etc: