UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAXIMO MICHAEL GUEVARA,
    Plaintiff,
vs.                                    Case No:  8:25-CV-1200

JACOBS AUTO ENTERPRISE, INC.,
and USF FEDERAL CREDIT UNION,
    Defendant.
_____/

### NOTICE OF APPEARANCE AS LEAD TRIAL COUNSEL FOR DEFENDANT JACOBS AUTO ENTERPRISE, INC.

PLEASE TAKE NOTICE that Shyamie Dixit, Esq., B.C.S., of the Dixit Law Firm, hereby enters his Notice of Appearance as Lead Trail Counsel for Defendant JACOBS AUTO ENTERPRISE, INC. ("Defendant"), in the above-captioned case and requests that all copies of pleadings, notices, orders, and other relevant documents filed herein be served upon Dixit Law Firm. According to Rule 2.516 and Designation of E-mail address (effective September 1, 2012), the undersigned counsel notifies all parties that the following email addresses are the designated e-mail addresses for service of all documents required to be served on Defendant: sdixit@dixitlaw.com, bsarason@dixitlaw.com, cmoreno@dixitlaw.com, rvessel@dixitlaw.com, paralegal@dixitlaw.com.

### CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Middle District of Florida, by using the CM/ECF system, and counsel for all parties were electronically served through this system.

                                              Respectfully,
                                              **DIXIT LAW FIRM**

                                              */s/ Shyamie Dixit*

Shyamie Dixit, Esq., B.C.S. (sdixit@dixitlaw.com)
Florida Bar No.: 719684
**LEAD TRIAL COUNSEL**
Brett M. Sarason, Esq. (bsarason@dixitlaw.com)
Florida Bar No. 567345
Robert L. Vessel, Esq. (rvessel@dixitlaw.com)
Florida Bar No.: 314536
3030 N. Rocky Point Drive West, Suite 430
Tampa, FL 33607
Telephone:  (813) 252-3999
Facsimile:  (813) 252-3997
*Attorney for JACOBS AUTO ENTERPRISE, INC.*

2