UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAXIMO MICHAEL GUEVARA,
an individual,

    Plaintiff,

vs.

Case Number:
8:25-cv-01200-SDM-NHA

JACOBS AUTOMOTIVE GROUP, INC.
d/b/a JACOBS MITSUBISHI WESLEY
CHAPEL, a Florida Corporation and
USF FEDERAL CREDIT UNION, a
Federal Credit Union,

    Defendants.
_____/

**NOTICE OF APPEARANCE AS LEAD COUNSEL**
**FOR DEFENDANT, USF FEDERAL CREDIT UNION**

The law firm of Kass Shuler, P.A., and Ronald H. Trybus, Esquire, hereby file their Notice of Appearance as Lead Counsel for Defendant, USF FEDERAL CREDIT UNION. Pursuant to Local Rule 2.02(a), Ronald H. Trybus, Esquire will serve as lead counsel for Defendant, USF FEDERAL CREDIT UNION, in this matter. Any and all future pleadings, correspondence, motions, notices, orders and other papers should be served on the undersigned at the following electronic mail addresses:

    1.    Primary Electronic Mail Address: rtrybus@kasslaw.com

    2.    Secondary Electronic Mail Address: eservicetrybus@kasslaw.com

1

Dated: June 6, 2025.

**/s/ Ronald H. Trybus**
Ronald H. Trybus, Esquire
Florida Bar Number 367958
Kass Shuler, P.A.
Post Office Box 800
Tampa, Florida 33601-0800
Phone: (813) 229-0900
Fax: (813) 229-3323
Primary Email: rtrybus@kasslaw.com
Secondary Email: eservicetrybus@kasslaw.com
Attorney for Defendant, USF Federal Credit Union

## CERTIFICATE OF SERVICE

I hereby certify that on June 6th, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System and the foregoing document was served on all counsel of record.

**/s/ Ronald H. Trybus**
Ronald H. Trybus, Esquire
Florida Bar Number 367958