UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAXIMO MICHAEL GUEVARA,
an individual,

 Plaintiff,

vs.

JACOBS AUTOMOTIVE GROUP, INC.
d/b/a JACOBS MITSUBISHI WESLEY
CHAPEL, a Florida Corporation and
USF FEDERAL CREDIT UNION, a
Federal Credit Union,

 Defendants.
_____/

Case Number:
8:25-cv-01200-SDM-NHA

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

 Defendant, USF FEDERAL CREDIT UNION ("Defendant"), by and through their undersigned attorney, and pursuant to Middle District of Florida Local Rule 3.01, files this unopposed motion for extension of time to respond to Plaintiff's, MAXIMO MICHAEL GUEVARA ("Plaintiff"), Amended Complaint for Damages and Incidental Relief, and states as follows:

 1. On May 9, 2025, Plaintiff filed his Complaint for Damages and Incidental Relief ("Complaint") in this matter.

 2. On May 13, 2025, Plaintiff filed his Amended Complaint for Damages and Incidental Relief ("Amended Complaint") in this matter.

3. On May 14, 2025, Defendant was served with Plaintiff's Complaint, therefore making Defendant's response to Plaintiff's Complaint due on June 4, 2025. However, the Plaintiff's Complaint served upon the Defendant was rendered moot by the filing of Plaintiff's Amended Complaint.

4. Undersigned counsel was retained on today's date and needs additional time to review and investigate the allegations made in Plaintiff's Amended Complaint, and to review applicable case law and to discuss the Amended Complaint's allegations with his Client to adequately prepare and file Defendant's response to Plaintiff's Amended Complaint

5. Defendant's' Counsel has not been able to confirm service of Plaintiff's Amended Complaint upon the Defendant. However, in order to protect the Defendant from the entry of a Clerk's Default and to have time to properly prepare his Client's response, the Defendant's counsel has requested a twenty (20) day extension of until June 26, 2025 from Plaintiff's counsel for the Defendant to file its response to Plaintiff's Amended Complaint.

6. Plaintiff's counsel has informed the undersigned that the Plaintiff does not oppose the Defendant's request for an extension of time of until June 26, 2025 to file Defendant's response.

7. This motion for extension of time is presented in good faith and is not interposed for purposes of delay.

## Local Rule 3.01(g) Certification

The undersigned hereby certifies that counsel for Defendant has conferred with counsel for Plaintiff, and that counsel for Plaintiff has advised movant that Plaintiff does not oppose a twenty-day (20) extension of time to file a response to the Plaintiff's Amended Complaint.

Dated: June 6, 2025.

/s/ Ronald H. Trybus
Ronald H. Trybus, Esquire
Florida Bar Number 367958
Kass Shuler, P.A.
Post Office Box 800
Tampa, Florida 33601-0800
Phone: (813) 229-0900
Fax: (813) 229-3323
Primary Email: rtrybus@kasslaw.com
Secondary Email: eservicetrybus@kasslaw.com
Attorney for Defendant, USF Federal Credit Union

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System and the foregoing document was served on all counsel of record.

/s/ Ronald H. Trybus
Ronald H. Trybus, Esquire
Florida Bar Number 367958